# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOLA MCGEE, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-01426-MMD-VCF |
| vs. | ) **ORDER RE: EARLY NEUTRAL** |
| | ) **EVALUATION SESSION** |
| PATRICK DONAHOE, et al., | ) |
| Defendant(s). | ) |

This case has been assigned to the undersigned for an Early Neutral Evaluation ("ENE") pursuant to Local Rule 16-6. *See* Docket No. 9. At this point, the United States has filed a motion to dismiss on behalf of United States Postmaster General Patrick Donahoe for lack of subject matter jurisdiction. *See* Docket No. 18. The Court finds that the ENE should not yet be scheduled. Instead, the ENE will be scheduled in the event that (1) any defendant answers the complaint; (2) Defendant Donahoe's motion to dismiss is denied in any part; or (3) any motion to dismiss filed by any other defendant is denied in any part. In the event that any of the above circumstances arises, the parties shall promptly confer on agreeable dates for attending the early neutral evaluation and shall submit a stipulation providing three such dates. The stipulation shall be filed within 10 days of the occurrence of any of the above circumstances.

IT IS SO ORDERED.

Dated: July 29, 2014

_____
Nancy J. Koppe
United States Magistrate Judge