UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

LOLA MCGEE,

        Plaintiff,

vs.

PATRICK R. DONAHOE, *et al.*,

        Defendant.

Case No. 2:13–cv–1426–RFB–VCF

**ORDER**

    This matter concerns Lola McGee's employment-discrimination action against Patrick R. Donahoe, the Postmaster General. On September 12, 2014, the court set a hearing to resolve the parties' disagreement regarding their proposed discovery plan and scheduling order. (*See* Min. Order #31). Defendants subsequently filed a motion to stay discovery pending resolution of their motion to dismiss. (Doc. #33). If the court grants Defendants' motion to stay discovery, then the parties' dispute regarding their proposed discovery plan and scheduling order will be moot.

    Therefore, the court vacates the September 24, 2014 hearing, pending resolution of Defendants' motion to stay discovery. If Defendants' motion to stay discovery is denied, the court will set a hearing to address the parties' dispute regarding their proposed discovery plan and scheduling order.

    ACCORDINGLY, and for good cause shown,

    IT IS ORDERED that the court's September 24, 2014 hearing is VACATED.

    IT IS SO ORDERED.

    DATED this 17th day of September, 2014.

                                              CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE