# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LOLA MCGEE, | 2:13-cv-01426-RFB-VCF |
| Plaintiffs, | |
| vs. | **ORDER GRANTING LIMITED STAY OF DISCOVERY** |
| PATRICK R. DONAHOE, *et al.*, | |
| Defendants. | |

The government filed a Motion to Extend Stay on Discovery Pending Resolution of Motion to Dismiss (#41). The stay requested by the defendant does not set a date certain for lifting the stay and will not be approved in that form.

Good Cause Appearing,

IT IS ORDERED that the Motion to Extend Stay on Discovery Pending Resolution of Motion to Dismiss (#41) is GRANTED.

IT IS FURTHER ORDERED that discovery is STAYED up to July 15, 2015 or until the District Court decides Defendants' Motion to Dismiss, whichever occurs first.

IT IS FURTHER ORDERED that, in the event Defendants' Motion to Dismiss is not granted in its entirety, the parties MUST file a proposed Discovery Plan and Scheduling Order within twenty days of the court's decision.

DATED this 10th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE