# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LOLA MCGEE,

        Plaintiff,

vs.

PATRICK R. DONAHOE, *et al.*,

        Defendants.

2:13-cv-01426-RFB-VCF

**ORDER**

Before the court is government's Second Motion to Extend Stay Discovery Pending Resolution of Motion to Dismiss (#45).

Good Cause Appearing,

IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of twenty (20) days after a ruling on the Motion to Dismiss (#18) or February 5, 2016;

IT IS FURTHER ORDERED that the parties will not be required to file a proposed Discovery Plan and Scheduling Order until the earlier of twenty (20) days after a ruling on the Motion to Dismiss or February 5, 2016;

Dated this 5th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE