UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| Lola McGee | ) | CASE No. 2:13-cv-01426-RFB-VCF |
| Plaintiff | ) | ORDER |
| v. | ) | |
| MEGAN BRENNAN,<br>Postmaster General,<br>United States Postal Service | ) | |
| Defendant | ) | |

IT IS ORDERED, good cause appearing, that the plaintiff's [60] motion for a copy of the transcript of the September 11, 2015 Motion Hearing and Oral Arguments is GRANTED.

DATED this 7th day of October, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge