**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LOLA MCGEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MEGAN J. BRENNAN, United States Postal Service Postmaster General,<br><br>    Defendant. | 2:13-cv-01426-RFB-VCF<br><br>**<u>ORDER</u>** |

Before the court is Defendant's Motion for Extension of Time (#68).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion for Extension of Time (#68) is scheduled for 11:00 a.m., December 15, 2015, in courtroom 3D.

IT IS FURTHER ORDERED that any opposition to Defendant's Motion for Extension of Time (#68) must be filed on or before December 7, 2015.

DATED this 2nd day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE