1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10

| | | |
|---|---|---|
| LOLA MCGEE, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-01426-RFB-VCF |
| | ) | |
| vs. | ) | **ORDER RE: EARLY NEUTRAL** |
| | ) | **EVALUATION SESSION** |
| PATRICK DONAHOE, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

16        This case has been assigned to the undersigned for an Early Neutral Evaluation ("ENE") pursuant

17   to Local Rule 16-6. *See* Docket No. 9. The Court previously ordered the parties to file a stipulation with

18   potential dates for the ENE in the event that, *inter alia*, Defendant Donahoe's motion to dismiss was

19   denied in any part. *See* Docket No. 20. On September 11, 2015, United States District Judge Richard

20   F. Boulware denied without prejudice that motion to dismiss. Docket No. 57. To date, no stipulation

21   with ENE dates has been filed. The Court therefore ORDERS the parties to file, no later than December

22   15, 2015, a joint status report indicating whether they believe an ENE would be fruitful at this time.

23        IT IS SO ORDERED.

24        Dated: December 8, 2015

25

26        _____
          Nancy J. Koppe
27        United States Magistrate Judge

28