# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOLA MCGEE,<br><br>           Plaintiff(s),<br><br>vs.<br><br>PATRICK R. DONAHOE, et al.,<br><br>           Defendant(s). | Case No. 2:13-cv-01426-RFB-VCF<br><br>ORDER |

Pending before the Court is a joint status report indicating that an early neutral evaluation session would not be fruitful at this time. Docket No. 76. In this instance, United States District Judge Richard F. Boulware has ruled on Defendant's motion to dismiss, and ordered limited discovery to be conducted. Docket No. 57. The parties seek the scheduling of an early neutral evaluation following completion of that discovery, briefing on a renewed motion to dismiss, and the issuance of an order resolving that contemplated motion. *See* Docket No. 76 at 2. As the name connotes, early neutral evaluation sessions are designed to be held in the early stage of litigation. *See* Local Rule 16-6(d). Given the posture of this case and the parties' proposal for further delay, the undersigned declines to hold an early neutral evaluation session in this case. *See* Local Rule 16-6(c) ("The evaluating magistrate judge . . . may exempt any case from early neutral evaluation on the judge's own motion").

Accordingly, the Clerk's Office is **INSTRUCTED** to remove the undersigned as the settlement judge and remove the ENE flag from CM/ECF in this case.

IT IS SO ORDERED.

Dated: December 15, 2015

                                                                       Nancy J. Koppe<br>                                                                       United States Magistrate Judge