# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LOLA McGEE, | |
| Plaintiffs, | |
| vs. | Case No. 2:13–cv–1426–RFB–VCF |
| MEGAN J. BRENNAN, United States Postal Service Postmaster General, | **ORDER** |
| Defendant. | |

Before the court is Defendant's Unopposed Motion for Extension of Time (#78).

IT IS HEREBY ORDERED that a hearing on Defendant's Unopposed Motion for Extension of Time (#78) is scheduled for 10:00 a.m., March 4, 2016, in courtroom 3D.

DATED this 12th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE