**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LOLA McGEE, | |
| Plaintiffs, | |
| vs. | Case No. 2:13–cv–1426–RFB–VCF |
| MEGAN J. BRENNAN, United States Postal Service Postmaster General, | **ORDER** |
| Defendant. | |

Before the court is the Motion to Remove Nelson Law/Sharon Nelson as Attorney of Record. (#81).

IT IS HEREBY ORDERED that a hearing on Motion to Remove Nelson Law/Sharon Nelson as Attorney of Record (#81) is scheduled for 10:00 a.m., March 4, 2016, in courtroom 3D.

DATED this 1st day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE