**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LOLA MCGEE, | |
| Plaintiff, | 2:13-cv-01426-RFB-VCF |
| vs. | **ORDER** |
| MEGAN J. BRENNAN, United States Postal Service Postmaster General, | |
| Defendant. | |

Before the court is Sharon Nelson's Request to Attend the March 4, 2016 Hearing telephonically (#84).

IT IS HEREBY ORDERED that Ms. Nelson's motion to appear telephonically at the March 4, 2016 hearing at 10:00 a.m. (#84) is GRANTED. The call-in telephone number is (888)273-3658, access code: 3912597, the call must be made 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 2nd day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE