**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LOLA MCGEE,<br><br>        Plaintiff,<br><br>vs.<br><br>MEGAN J. BRENNAN,<br><br>        Defendant. | 2:13-cv-01426-RFB-VCF<br><br>**<u>ORDER</u>** |

Before the court is Plaintiff's Motion for Accommodation. (#86).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Accommodation (#86) is scheduled for 10:00 a.m., March 4, 2016, in courtroom 3D.

DATED this 2nd day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE