# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

LOLA MCGEE,

        Plaintiff,

vs.

MEGAN J. BRENNAN, United States Postal Service Postmaster General,

        Defendants.

2:13-cv-01426-RFB-VCF

**ORDER**

Before the court is Plaintiff's Motion to Retract Doc. 92 Plaintiff's 1st Supplement to Initial Disclosures dated 3/21/16 (#96). Plaintiff may withdraw #92.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Retract Doc 92 Plaintiff's 1st Supplement to Initial Disclosures dated 3/21/16 (#96) is GRANTED. The clerk is directed to strike docket #92.

DATED this 14th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE