# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LOLA MCGEE,<br><br>        Plaintiff,<br><br>vs.<br><br>MEGAN J. BRENNAN, United States Postal Service Postmaster General,<br><br>        Defendant. | 2:13-cv-01426-RFB-VCF<br>**ORDER** |

Before the court are Motion for Sanctions re Discovery Order to Comply (#90), Motion to Expedite re: Motion for Sanctions (#91), and Motion to Compel re: Discovery (#93).

IT IS HEREBY ORDERED that a hearing on Motion for Sanctions re Discovery Order to Comply (#90), Motion to Expedite re: Motion for Sanctions (#91), and Motion to Compel re: Discovery (#93) is scheduled for 1:00 p.m., May 20, 2016, in courtroom 3D.

IT IS FURTHER ORDERED that Ms. Lola McGee must appear in person at the scheduled hearing on May 20, 2016 at 1:00 p.m.

DATED this 29th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE