# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LOLA MCGEE, | |
| Plaintiff, | |
| vs. | 2:13-cv-01426-RFB-VCF |
| MEGAN J. BRENNAN, Postmaster General, United States Postal Services, | **ORDER** |
| Defendant. | |

Before the Court is Plaintiff's Motion to Retract (ECF NO. 101).

IT IS HEREBY ORDERED that any opposition to Plaintiff's Motion to Retract must be filed on or before May 13, 2016.  If no opposition is filed, the Court may grant Plaintiff's Motion to Retract (ECF NO. 101).

DATED this 6th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE