# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

LOLA MCGEE,

         Plaintiff,

vs.

MEGAN J. BRENNAN, United States Postal Service Postmaster General,

         Defendant.

2:13-cv-01426-RFB-VCF

**ORDER**

       Before the court are Plaintiff's Motion to Retract (ECF NO. 101) and Motion to Retract Plaintiff's Motion ECF #101 (ECF NO. 103).

       IT IS FURTHER ORDERED that a hearing on Plaintiff's Motion to Retract (ECF NO. 101) and Motion to Retract Plaintiff's Motion ECF #101 (ECF NO. 103) is scheduled for 1:00 p.m., May 20, 2016, in courtroom 3D.

       DATED this 17th day of May, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE