UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

LOLA MCGEE,

        Plaintiff,

vs.

MEGAN BRENNAN, Postmaster General, United States Postal Service,

        Defendant.

2:13-cv-01426-RFB-VCF

**ORDER**

Before the Court is Plaintiff's request for transcripts. (ECF NO. 112).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's request for transcripts (ECF NO. 112) is GRANTED. The transcript order form is attached. Plaintiff is responsible for completing the form and submitting it to the clerk's office for processing.

DATED this 24th day of May, 2016.

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE

| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| | | |

| 4. FIRM NAME |
|---|
| |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| | | | |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. | 12. |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. | 15. STATE |

16. ORDER FOR
☐ APPEAL        ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☐ CIVIL                 ☐ IN FORMA PAUPERIS        ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY ☐ | |
| 7 DAYS | ☐ | ☐ | | E-MAIL ☐ | |
| DAILY | ☐ | ☐ | | DISK ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT ☐ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT ☐ | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS |
|---|---|
| 19. SIGNATURE | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

>*7-Day (Expedited)* - A transcript to be delivered 7 calendar days after receipt of an order.
>
>*Daily* - A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.
>
>*Hourly* - A transcript of proceedings ordered under unusual circumstances to be delivered within 2 hours.
>
>*Realtime* - A draft unedited transcript produced by a certified realtime reporter as a by-product of realtime to be delivered electronically during proceedings or immediately following adjournment.

**NOTE:** Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 calendar days, payment would be at the ordinary delivery rate.

**Ordering -** Place an "X" in each box that applies. Indicate the number of additional copies ordered.

>*Original* - Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the free copy for the court.
>
>*First Copy* - First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered.
>
>*Additional Copies* - All other copies of the transcript ordered by the same party.
>
>*Delivery Instructions* - Place an "X" in each box that applies. If ordering multiple formats, there will be an additional copy charge. Provide an e-mail address where electronic e-mail copy should be sent.

Item 19.   Sign in this space to certify that you will pay all charges. (This includes the deposit plus any additional charges.)

Item 20.   Enter the date of signing.

**SHADED AREA -** Reserved for the court's use.

**NOTE:**   IF YOU ARE CJA APPOINTED COUNSEL, DO NOT USE AO 435 TRANSCRIPT ORDER FORM. YOU MUST USE THE COURT'S ELECTRONIC VOUCHER MANAGEMENT SYSTEM, CJA eVOUCHER.