# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LOLA MCGEE,

        Plaintiff,

vs.

MEGAN J. BRENNAN, United States Postal Service Postmaster General,

        Defendant.

2:13-cv-01426-RFB-VCF

**ORDER**

        Before the Court is the government's motion for clarification or reconsideration of May 23, 2016 Order (ECF No. 115).

        IT IS HEREBY ORDERED that a hearing on the government's motion for clarification or reconsideration of May 23, 2016 Order (ECF No. 115) is scheduled for 11:00 a.m., June 24, 2016, in courtroom 3D. Plaintiff Lola McGee may appear telephonically. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

        DATED this 22nd day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE