# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LOLA MCGEE,

           Plaintiffs,

vs.

PATRICK DONAHOE, *et al.*,

           Defendants.

2:13-cv-01426-RFB-VCF

**ORDER**

Before the Court are Plaintiff's Motion to Withdraw as Counsel for Plaintiff (ECF No. 159) and Motion to Remove Current Counsel from her Case and Reference Plaintiff's New Address (ECF No. 162).

No opposition has been filed to Plaintiff's Motion to Withdraw as Counsel for Plaintiff (ECF No. 159). Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw as Counsel for Plaintiff (ECF No. 159) and Motion to Remove Current Counsel from her Case and Reference Plaintiff's New Address (ECF No. 162) are GRANTED.

DATED this 16th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE